SANDERS, J., is of the opinion a writ should be granted as to Assignment of Error No. 1, relating to Third Party Demand.

219 So.2d 179

**STATE of Louisiana**

**v.**

**Bennie T. LOVE.**

No. 49719.

March 3, 1969.

In re: State of Louisiana applying for writs of certiorari, prohibition and mandamus.

Writs refused. The showing made does not warrant the exercise of our supervisory jurisdiction.